# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00351-CV

**Joel Citty, Appellant**

**v.**

**Skyline Terrace Housing Corporation, Appellee**

---

### FROM COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
### NO. C-1-CV-22-003524, THE HONORABLE ERIC SHEPPERD, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

Appellant's brief was originally due on August 10, 2023. On August 24, 2023, this Court sent a notice to appellant informing him that his brief was overdue and that a failure to file a satisfactory response by September 4, 2023, would result in the dismissal of this appeal for want of prosecution. To date, appellant has not filed a brief or a motion for extension of time. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

Chari L. Kelly, Justice

Before Chief Justice Byrne, Justices Kelly and Theofanis

Dismissed for Want of Prosecution

Filed: September 22, 2023